**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JUSTIN SERFASS,** | : | |
| | : | |
| **Plaintiff,** | : | CIVIL ACTION |
| v. | : | No. 19-806 |
| | : | |
| **MAYRA OLIVERAS-SMITH,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

This 22nd day of July, 2019, upon consideration of Plaintiffs' Motion for Permission for Electronic Case Filing (ECF No. 5), it is hereby **ORDERED** that Plaintiff's Motion is **DENIED.**

                                                      /s/ Gerald Austin McHugh
                                                      United States District Judge