# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTIN SERFASS, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | No. 19-806 |
| MAYRA OLIVERAS-SMITH, | : | |
| Defendant. | : | |

## ORDER

This 22nd day of July, 2019, upon consideration of Plaintiffs' Emergency Motion to Remand (ECF No. 4) and Defendant's Response ( ECF No. 6), it is hereby **ORDERED** that Plaintiff's Motion is **DENIED** as to Plaintiff's subpoena and pending interrogatories and **GRANTED** as to the remainder of the action. The Court accepts jurisdiction over the enforceability of Plaintiff's subpoena and pending interrogatories but remands the remainder of the action to state court because removal was otherwise premature.

/s/ Gerald Austin McHugh
United States District Judge